15 So.2d 341

## Ocie BARNETT v. STATE.

### 5 Div. 379.

Supreme Court of Alabama.

Oct. 21, 1943.

Gerald & Gerald, of Clanton, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and L. H. Brassell, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of Ocie Barnett for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Barnett v. State, 15 So.2d 340.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.